**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: RUDY A. LOPEZ,

*Debtor,*

AMRANE COHEN,

*Appellant,*

v.

RUDY A. LOPEZ,

*Appellee.*

No. 07-56337

BAP No.
CC-06-01359-
MkBPa

ORDER

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Pappas, Brandt, and Markell, Bankruptcy Judges, Presiding

Argued and Submitted
December 11, 2008—Pasadena, California

Filed December 24, 2008

Before: John T. Noonan, Barry G. Silverman and
Carlos T. Bea, Circuit Judges.

_____

**COUNSEL**

Linda S. Conway, Orange, California, for the trustee-appellant.

Bruce D. White, White & Roseman, Newport Beach, California, for the debtor-appellee.

_____

16699

## **ORDER**

Trustee Amrane Cohen appeals the Bankruptcy Appellate Panel's decision affirming the Bankruptcy Court's order confirming Rudy Lopez's Chapter 13 plan. We have jurisdiction pursuant to 28 U.S.C. §§ 158(d) and 1291 and we adopt as our own the well-reasoned published opinion of the Bankruptcy Appellate Panel, *In re Lopez*, 372 B.R. 40 (B.A.P. 9th Cir. 2007).

AFFIRMED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.